**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TAKIYAH ORLENA,**<br>**Plaintiff,**<br><br>**v.**<br>**KENVUE BRANDS LLC and KELLY SERVICES, INC.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 24-6575** |

**ORDER**

**AND NOW**, this 3rd day of August, 2026, **IT IS HEREBY ORDERED** that:

1. Upon consideration of Defendant Kenvue Brand LLC's Motion for Summary Judgment (ECF Nos. 64, 68), and Plaintiff's Opposition thereto (ECF No. 66), the Motion is **GRANTED**.
2. Defendant's Motion for Summary Judgment (ECF No. 52) is **DENIED AS MOOT**.
3. Upon consideration of Plaintiff's *Daubert* Motion (ECF No. 50), and Defendant's Opposition thereto (ECF No. 60), the Motion is **DENIED AS MOOT**.
4. **JUDGMENT IS ENTERED IN FAVOR** of Defendant Kenvue Brands LLC and **AGAINST** Plaintiff.
5. The Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**/s/ Wendy Beetlestone**
**WENDY BEETLESTONE, C.J.**